IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: SERGIO & PAULA ZAVALA ) | |
| ) | |
| WELLS FARGO BANK, N.A., ) | |
| Creditor, ) | |
| vs. ) | CASE NO. 07B03150 |
| ) | JUDGE BRUCE W. BLACK |
| SERGIO & PAULA ZAVALA, ) | |
| Debtor ) | |

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes Wells Fargo Bank, N.A., by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The Debtor is due for the May 1, 2012 contractual payment and all those thereafter.

2. The following is an itemization of fees and costs due on the loan as of April 25, 2012.

**The Loan is Current**

If no challenge to foregoing is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice, Wells Fargo Bank, N.A. rights to collect these amounts will remain unaffected.

Respectfully Submitted,
Wells Fargo Bank, N.A.

/s/Lydia Y. Siu
Lydia Y. Siu
ARDC#6288604

Pierce and Associates, P.C.
1 North Dearborn Street
Suite 1300
Chicago, Illinois 60602
(312)346-9088

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RE:   SERGIO & PAULA ZAVALA           )
                                      )
Wells Fargo Bank, N.A.,               )
            Creditor,                 )
      vs.                             )    CASE NO. 07B03150
                                      )    Judge BRUCE W. BLACK
SERGIO & PAULA ZAVALA,                )
            Debtor(s),                )

## CERTIFICATE OF SERVICE

TO:   SEE ATTACHED ADDRESSES

## CERTIFICATION

I, the undersigned Attorney, Certify that I served a copy of this Notice to the Addresses attached by Electronic Notice through ECF or depositing same at the U.S. Mail at 1 North Dearborn Street, 13th Floor, Chicago, IL 60602 at 5:00 p.m. on April 26, 2012with proper postage prepaid.

/s/Lydia Y. Siu
ARDC#6288604

**\*\*\*THESE DOCUMENTS ARE AN ATTEMPT         Pierce and Associates,
TO COLLECT A DEBT AND ANY                      1 North Dearborn
INFORMATION OBTAINED WILL BE USED              13th Floor
FOR THAT PURPOSE\*\*\***                       Chicago, IL 60602

**SERVICE LIST**

To Trustee:
Glenn B. Stearns
801 Warrenville Rd
Suite 650
Lisle, Illinois 60532
**by Electronic Notice though ECF**




To Debtor:
SERGIO & PAULA ZAVALA
6907 Riley Drive
Joliet, IL 60431
**by U.S. Mail**




To Attorney:
Legal Helpers
233 S. Wacker Drive, Suite 5150
Chicago, IL 60602
**by Electronic Notice though ECF**




PIERCE & ASSOCIATES, P.C.
Attorneys for: Creditor
1 North Dearborn, Suite 1300
Chicago, Illinois 60602
(312) 346-9088



PA07-1151